# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

STEPHEN TREMBATH, et al.,
     Plaintiffs,


vs.                                         CASE NO. 8:09-CIV-1110-T-17-TGW

MERITPLAN INSURANCE COMPANY,
     Defendants.
_____/


## ORDER

     This cause is before the Court on the plaintiffs' emergency motion to compel defendant to withdraw its request for neutral evaluation and/or stay said request and motion to compel defendant to provide mediation dates (Docket No. 8) and response thereto (Docket No. 10).  The Court find the response persuasive and incorporates it by reference herein.  The Court specifically finds that the contract language includes the use of this type of mediation as it is within the rules of the Florida Insurance Department.  Accordingly, it is

     **ORDERED** that the plaintiffs' emergency motion to compel defendant to withdraw its request for neutral evaluation and/or stay said request and motion to compel defendant to provide mediation dates (Docket No. 8 be **denied**.

     **DONE and ORDERED** in Chambers, in Tampa, Florida, this 1st day of September, 2009.



                                    ELIZABETH A. KOVACHEVICH
                                    UNITED STATES DISTRICT JUDGE


Copies to: All parties and counsel of record